*Exhibit A4*

```
N6-02768*01*004970-EO-09174-80740-AFN  11900
                                CFEB02-980817
UNITEDHEALTHCARE INSURANCE COMPANY
KINGSTON SERVICE CENTER
P.O. BOX 30985
SALT LAKE CITY, UT 84130
PHONE: 1-800-842-9905
VISIT WWW.MYUHC.COM FOR SELF SERVICE
```

**UnitedHealthcare**
A UnitedHealth Group Company

PAGE: 1 OF 1
DATE: 06/23/09
SSN/ID #:
EMPLOYEE:
CONTRACT: 0023000
BENEFIT PLAN: RAILROAD EMPLOYEES

# EXPLANATION OF BENEFITS

### SERVICE DETAIL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1108761001 | PARAGON OFFICE ANESTHESIA | 10/27/08 | 6550.00 | 6550.00 | | 0.00* | 8Z |
| | | TOTAL | 6550.00 | 6550.00 | | 0.00 | |

PLAN PAYS         0.00
** PATIENT PAYS   6550.00

(*) INDICATES PAYMENT ASSIGNED TO PROVIDER

** DEFINITION: "PATIENT PAYS" IS THE AMOUNT, IF ANY, OWED YOUR PROVIDER. THIS MAY INCLUDE AMOUNTS ALREADY PAID TO YOUR PROVIDER AT TIME OF SERVICE.

REMARK CODE(S) LISTED BELOW ARE REFERENCED IN THE "SERVICE DETAIL" SECTION UNDER THE HEADING "REMARK CODE"
(8Z ) YOUR PLAN DOES NOT COVER THIS FAMILY PLANNING SERVICE OR ASSOCIATED EXPENSE.

| | | | | |
|---|---|---|---|---|
| FAMILY | | $608.20 | | $285.68 |
| | | $608.20 | | $285.68 |
| PLAN YEAR 2008 | FAMILY: | $4000.00 | FAMILY: | $900.00 |
| | INDIV: | $2000.00 | INDIV: | $300.00 |

A REVIEW OF THIS BENEFIT DETERMINATION MAY BE REQUESTED BY SUBMITTING YOUR APPEAL TO US IN WRITING AT THE FOLLOWING ADDRESS: UNITEDHEALTHCARE APPEALS, P.O. BOX 30432, SALT LAKE CITY, UT 84130-0432. THE REQUEST FOR YOUR REVIEW MUST BE MADE WITHIN 180 DAYS FROM THE DATE YOU RECEIVE THIS STATEMENT. IF YOU REQUEST A REVIEW OF YOUR CLAIM DENIAL, WE WILL COMPLETE OUR REVIEW NOT LATER THAN 30 DAYS AFTER WE RECEIVE YOUR REQUEST FOR REVIEW.

YOU MAY HAVE THE RIGHT TO FILE A CIVIL ACTION UNDER ERISA IF ALL REQUIRED REVIEWS OF YOUR CLAIM HAVE BEEN COMPLETED.

* * * * * *

YOU CAN MEET MANY OF YOUR NEEDS ONLINE AT WWW.MYUHC.COM. AT ALMOST ANYTIME DAY OR NIGHT, YOU CAN REVIEW CLAIMS, CHECK ELIGIBILITY, LOCATE A NETWORK PHYSICIAN, REQUEST AN ID CARD, REFILL PRESCRIPTIONS IF ELIGIBLE, AND MORE! FOR IMMEDIATE, SECURE SELF-SERVICE, VISIT WWW.MYUHC.COM.

HOW TO REGISTER?
YOU CAN REGISTER AND BEGIN USING MYUHC IN THE SAME SESSION. ACCESS WWW.MYUHC.COM TO REGISTER. THE INFORMATION REQUIRED IS ON YOUR INSURANCE ID CARD (FIRST NAME, LAST NAME, MEMBER ID, GROUP NUMBER AND DATE OF BIRTH).

* * * * * *

## THIS IS NOT A BILL

APPENDIX 168

```
P6-00798*01*001529-E0-09280-40044-AFN  11SN0
              CFEB02-980817
```

UNITEDHEALTHCARE INSURANCE COMPANY
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA  30374-0800
PHONE: 1-800-638-8884
VISIT WWW.MYUHC.COM FOR SELF SERVICE

**UnitedHealthcare**
A UnitedHealth Group Company

PAGE: 1 OF 1
DATE: 10/07/09
SSN/ID #:
EMPLOYEE:
CONTRACT: 0201057
BENEFIT PLAN: RAYTHEON COMPANY

# EXPLANATION OF BENEFITS

## SERVICE DETAIL

| PATIENT/RELAT CLAIM NUMBER | PROVIDER/ SERVICE | DATE OF SERVICE | AMOUNT CHARGED | NOT COVERED | AMOUNT ALLOWED | COPAY/ DEDUCTIBLE | PLAN COVERS | BENEFIT AVAILABLE | REMARK CODE |
|---|---|---|---|---|---|---|---|---|---|
| 9079452701 | PARAGON AMBULATORY ANESTHESIA | 06/26/09 | 2250.00 | 2250.00 | | | | 0.00* | Q8 |
| | TOTAL | | 2250.00 | 2250.00 | | | | 0.00 | |

PLAN PAYS           0.00
** PATIENT PAYS  2250.00

(*) INDICATES PAYMENT ASSIGNED TO PROVIDER

** DEFINITION: "PATIENT PAYS" IS THE AMOUNT, IF ANY, OWED YOUR PROVIDER.  THIS MAY INCLUDE AMOUNTS ALREADY PAID TO YOUR PROVIDER AT TIME OF SERVICE.

REMARK CODE(S) LISTED BELOW ARE REFERENCED IN THE "SERVICE DETAIL" SECTION UNDER THE HEADING "REMARK CODE"
 (Q8 ) THIS PROCEDURE CODE AND MODIFIER ARE THE SAME AS OR EQUIVALENT TO ANOTHER PROCEDURE CODE AND MODIFIER
        PREVIOUSLY SUBMITTED BY ANOTHER HEALTH CARE PROVIDER. NO FURTHER BENEFITS ARE AVAILABLE FOR THIS SERVICE.

| SATISFIED 2009 TO DATE | IN NETWORK DEDUCTIBLE | IN NETWORK OUT OF POCKET | OUT OF NETWORK DEDUCTIBLE | OUT OF NETWORK OUT OF POCKET |
|---|---|---|---|---|
| FAMILY | $104.17 / $104.17 | $104.17 / $104.17 | $110.00 / $110.00 | $0.00 / $0.00 |
| PLAN YEAR 2009 | FAMILY: $300.00 INDIV: $150.00 | FAMILY: $3000.00 INDIV: $1500.00 | FAMILY: $1200.00 INDIV: $600.00 | FAMILY: $12000.00 INDIV: $6000.00 |

A REVIEW OF THIS BENEFIT DETERMINATION MAY BE REQUESTED BY SUBMITTING YOUR APPEAL TO US IN WRITING AT THE FOLLOWING ADDRESS: UNITEDHEALTHCARE APPEALS, P.O. BOX 30432, SALT LAKE CITY, UT 84130-0432. THE REQUEST FOR YOUR REVIEW MUST BE MADE WITHIN 180 DAYS FROM THE DATE YOU RECEIVE THIS STATEMENT. IF YOU REQUEST A REVIEW OF YOUR CLAIM DENIAL, WE WILL COMPLETE OUR REVIEW NOT LATER THAN 30 DAYS AFTER WE RECEIVE YOUR REQUEST FOR REVIEW.

YOU MAY HAVE THE RIGHT TO FILE A CIVIL ACTION UNDER ERISA IF ALL REQUIRED REVIEWS OF YOUR CLAIM HAVE BEEN COMPLETED.

* * * * * * *

YOU CAN MEET MANY OF YOUR NEEDS ONLINE AT WWW.MYUHC.COM. AT ALMOST ANYTIME DAY OR NIGHT, YOU CAN REVIEW CLAIMS, CHECK ELIGIBILITY, LOCATE A NETWORK PHYSICIAN, REQUEST AN ID CARD, REFILL PRESCRIPTIONS IF ELIGIBLE, AND MORE! FOR IMMEDIATE, SECURE SELF-SERVICE, VISIT WWW.MYUHC.COM.

HOW TO REGISTER?
YOU CAN REGISTER AND BEGIN USING MYUHC IN THE SAME SESSION. ACCESS WWW.MYUHC.COM TO REGISTER. THE INFORMATION REQUIRED IS ON YOUR INSURANCE ID CARD (FIRST NAME, LAST NAME, MEMBER ID, GROUP NUMBER AND DATE OF BIRTH).

* * * * * * *

MAINTAINING THE PRIVACY AND SECURITY OF INDIVIDUALS' PERSONAL INFORMATION IS VERY IMPORTANT TO US AT UNITEDHEALTHCARE. TO PROTECT YOUR PRIVACY, WE HAVE IMPLEMENTED STRICT CONFIDENTIALITY PRACTICES. THESE PRACTICES INCLUDE THE ABILITY TO USE A UNIQUE INDIVIDUAL IDENTIFIER. YOU MAY SEE THE UNIQUE INDIVIDUAL IDENTIFIER ON UNITEDHEALTHCARE CORRESPONDENCE, INCLUDING MEDICAL ID CARDS (IF APPLICABLE), LETTERS, EXPLANATION OF BENEFITS (EOBS) AND PROVIDER REMITTANCE ADVICES (PRAS). IF YOU HAVE ANY QUESTIONS ABOUT THE UNIQUE INDIVIDUAL IDENTIFIER OR ITS USE, PLEASE CONTACT YOUR CUSTOMER CARE PROFESSIONAL AT THE NUMBER SHOWN AT THE TOP OF THIS STATEMENT.

APPENDIX 169

**THIS IS NOT A BILL**

```
                    SM-02120*02*006990-E0-09224-H0261-AFN  11SYM
                                     CFEB02-980817
   UNITEDHEALTHCARE INSURANCE COMPANY
   SPRINGFIELD SERVICE CENTER                        UnitedHealthcare
   P O BOX 30555                                     A UnitedHealth Group Company
   SALT LAKE CITY, UT  84130-0555
   PHONE: 1-866-317-6369
   VISIT WWW.MYUHC.COM FOR SELF SERVICE              PAGE: 1 OF 1
                                                     DATE: 08/12/09
                                                     SSN/ID #:
                                                     EMPLOYEE:
                                                     CONTRACT: 0704237
                                          BENEFIT PLAN: HUHTAMAKI AMERICAS, INC.
```

# EXPLANATION OF BENEFITS

## SERVICE DETAIL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4156666801 | PARAGON OFFICE ANESTHESIA | 04/02/09 | 6550.00 | 6550.00 | | 0.00* | AF |
| | | TOTAL | 6550.00 | 6550.00 | | 0.00 | |
| | | | | | PLAN PAYS | 0.00 | |
| | | | | | ** PATIENT PAYS | 6550.00 | |

(*) INDICATES PAYMENT ASSIGNED TO PROVIDER

** DEFINITION: "PATIENT PAYS" IS THE AMOUNT, IF ANY, OWED YOUR PROVIDER. THIS MAY INCLUDE AMOUNTS ALREADY PAID TO YOUR PROVIDER AT TIME OF SERVICE.

REMARK CODE(S) LISTED BELOW ARE REFERENCED IN THE "SERVICE DETAIL" SECTION UNDER THE HEADING "REMARK CODE"
 (AF ) REIMBURSEMENT HAS BEEN PREVIOUSLY ISSUED FOR THESE DATES OF SERVICE.

A REVIEW OF THIS BENEFIT DETERMINATION MAY BE REQUESTED BY SUBMITTING YOUR APPEAL TO US IN WRITING AT THE FOLLOWING ADDRESS: UNITEDHEALTHCARE APPEALS, P.O. BOX 30432, SALT LAKE CITY, UT 84130-0432. THE REQUEST FOR YOUR REVIEW MUST BE MADE WITHIN 180 DAYS FROM THE DATE YOU RECEIVE THIS STATEMENT. IF YOU REQUEST A REVIEW OF YOUR CLAIM DENIAL, WE WILL COMPLETE OUR REVIEW NOT LATER THAN 30 DAYS AFTER WE RECEIVE YOUR REQUEST FOR REVIEW.

YOU MAY HAVE THE RIGHT TO FILE A CIVIL ACTION UNDER ERISA IF ALL REQUIRED REVIEWS OF YOUR CLAIM HAVE BEEN COMPLETED.

* * * * * * *

YOU CAN MEET MANY OF YOUR NEEDS ONLINE AT WWW.MYUHC.COM. AT ALMOST ANYTIME DAY OR NIGHT, YOU CAN REVIEW CLAIMS, CHECK ELIGIBILITY, LOCATE A NETWORK PHYSICIAN, REQUEST AN ID CARD, REFILL PRESCRIPTIONS IF ELIGIBLE, AND MORE! FOR IMMEDIATE, SECURE SELF-SERVICE, VISIT WWW.MYUHC.COM.

HOW TO REGISTER?
YOU CAN REGISTER AND BEGIN USING MYUHC IN THE SAME SESSION. ACCESS WWW.MYUHC.COM TO REGISTER. THE INFORMATION REQUIRED IS ON YOUR INSURANCE ID CARD (FIRST NAME, LAST NAME, MEMBER ID, GROUP NUMBER AND DATE OF BIRTH).

* * * * * * *

MAINTAINING THE PRIVACY AND SECURITY OF INDIVIDUALS' PERSONAL INFORMATION IS VERY IMPORTANT TO US AT UNITEDHEALTHCARE. TO PROTECT YOUR PRIVACY, WE HAVE IMPLEMENTED STRICT CONFIDENTIALITY PRACTICES. THESE PRACTICES INCLUDE THE ABILITY TO USE A UNIQUE INDIVIDUAL IDENTIFIER. YOU MAY SEE THE UNIQUE INDIVIDUAL IDENTIFIER ON UNITEDHEALTHCARE CORRESPONDENCE, INCLUDING MEDICAL ID CARDS (IF APPLICABLE), LETTERS, EXPLANATION OF BENEFITS (EOBS) AND PROVIDER REMITTANCE ADVICES (PRAS). IF YOU HAVE ANY QUESTIONS ABOUT THE UNIQUE INDIVIDUAL IDENTIFIER OR ITS USE, PLEASE CONTACT YOUR CUSTOMER CARE PROFESSIONAL AT THE NUMBER SHOWN AT THE TOP OF THIS STATEMENT.

**THIS IS NOT A BILL**                                              APPENDIX 170

SM-01590*01*005344-EO-09238-H0364-ACN   11S0P
CFEB02-980817

**UNITEDHEALTHCARE INSURANCE COMPANY**
SPRINGFIELD SERVICE CENTER
P.O. BOX 30555
SALT LAKE CITY, UT  84130-0555
PHONE: 1-866-317-6369
VISIT WWW.MYUHC.COM FOR SELF SERVICE

**UnitedHealthcare**
A UnitedHealth Group Company

PAGE: 1 OF 1
DATE: 08/26/09
SSN/ID #:
EMPLOYEE:
CONTRACT: 0187381
BENEFIT PLAN: ALCON LABS, INC.

# EXPLANATION OF BENEFITS

## SERVICE DETAIL

| PATIENT/RELAT CLAIM NUMBER | PROVIDER/ SERVICE | DATE OF SERVICE | AMOUNT CHARGED | NOT COVERED | AMOUNT ALLOWED | COPAY/ DEDUCTIBLE | PLAN COVERS | BENEFIT AVAILABLE | REMARK CODE |
|---|---|---|---|---|---|---|---|---|---|
| 6241854701 | PARAGON OFFICE ANESTHESIA | 05/01/09 | 6500.00 | 6500.00 | | | | 0.00* | AF |
| | TOTAL | | 6500.00 | 6500.00 | | | | 0.00 | |
| | | | | | | PLAN PAYS | 0.00 | | |
| | | | | | | ** PATIENT PAYS | 6500.00 | | |

(*) INDICATES PAYMENT ASSIGNED TO PROVIDER

** DEFINITION: "PATIENT PAYS" IS THE AMOUNT, IF ANY, OWED YOUR PROVIDER.  THIS MAY INCLUDE AMOUNTS ALREADY PAID TO YOUR PROVIDER AT TIME OF SERVICE.

REMARK CODE(S) LISTED BELOW ARE REFERENCED IN THE "SERVICE DETAIL" SECTION UNDER THE HEADING "REMARK CODE"
 (AF ) REIMBURSEMENT HAS BEEN PREVIOUSLY ISSUED FOR THESE DATES OF SERVICE.

| SATISFIED 2009 TO DATE | IN NETWORK OUT OF POCKET | OUT OF NETWORK DEDUCTIBLE | OUT OF NETWORK OUT OF POCKET |
|---|---|---|---|
| FAMILY | $145.00 | $0.00 / $0.00 | $145.00 |
| PLAN YEAR 2009 | INDIV: $1500.00 | FAMILY: $400.00 / INDIV: $200.00 | INDIV: $3500.00 |

A REVIEW OF THIS BENEFIT DETERMINATION MAY BE REQUESTED BY SUBMITTING YOUR APPEAL TO US IN WRITING AT THE FOLLOWING ADDRESS: UNITEDHEALTHCARE APPEALS, P.O. BOX 30432, SALT LAKE CITY, UT 84130-0432. THE REQUEST FOR YOUR REVIEW MUST BE MADE WITHIN 180 DAYS FROM THE DATE YOU RECEIVE THIS STATEMENT. IF YOU REQUEST A REVIEW OF YOUR CLAIM DENIAL, WE WILL COMPLETE OUR REVIEW NOT LATER THAN 30 DAYS AFTER WE RECEIVE YOUR REQUEST FOR REVIEW.

YOU MAY HAVE THE RIGHT TO FILE A CIVIL ACTION UNDER ERISA IF ALL REQUIRED REVIEWS OF YOUR CLAIM HAVE BEEN COMPLETED.

* * * * * * *

YOU CAN MEET MANY OF YOUR NEEDS ONLINE AT WWW.MYUHC.COM. AT ALMOST ANYTIME DAY OR NIGHT, YOU CAN REVIEW CLAIMS, CHECK ELIGIBILITY, LOCATE A NETWORK PHYSICIAN, REQUEST AN ID CARD, REFILL PRESCRIPTIONS IF ELIGIBLE, AND MORE! FOR IMMEDIATE, SECURE SELF-SERVICE, VISIT WWW.MYUHC.COM.

HOW TO REGISTER?
YOU CAN REGISTER AND BEGIN USING MYUHC IN THE SAME SESSION. ACCESS WWW.MYUHC.COM TO REGISTER. THE INFORMATION REQUIRED IS ON YOUR INSURANCE ID CARD (FIRST NAME, LAST NAME, MEMBER ID, GROUP NUMBER AND DATE OF BIRTH).

* * * * * * *

MAINTAINING THE PRIVACY AND SECURITY OF INDIVIDUALS' PERSONAL INFORMATION IS VERY IMPORTANT TO US AT UNITEDHEALTHCARE. TO PROTECT YOUR PRIVACY, WE HAVE IMPLEMENTED STRICT CONFIDENTIALITY PRACTICES. THESE PRACTICES INCLUDE THE ABILITY TO USE A UNIQUE INDIVIDUAL IDENTIFIER. YOU MAY SEE THE UNIQUE INDIVIDUAL IDENTIFIER ON UNITEDHEALTHCARE CORRESPONDENCE, INCLUDING MEDICAL ID CARDS (IF APPLICABLE), LETTERS, EXPLANATION OF BENEFITS (EOBS) AND PROVIDER REMITTANCE ADVICES (PRAS). IF YOU HAVE ANY QUESTIONS ABOUT THE UNIQUE INDIVIDUAL IDENTIFIER OR ITS USE, PLEASE CONTACT YOUR CUSTOMER CARE PROFESSIONAL AT THE NUMBER SHOWN AT THE TOP OF THIS STATEMENT.

APPENDIX 171

**THIS IS NOT A BILL**