# *Exhibit A7*

# HEALTH INSURANCE CLAIM FORM

**1500**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05
PICA

UNITED HEALTHCARE/METRAHEALTH
PO BOX 30555
SALT LAKE CITY UT 84130

| Field | Value |
|---|---|
| 1. Type | OTHER (X) |
| 2. Patient's Name | |
| 3. Patient's Birth Date / Sex | F X |
| 4. Insured's Name | |
| 5. Patient's Address | |
| 6. Patient Relationship to Insured | Child X |
| 7. Insured's Address | |
| 8. Patient Status | |
| 9. Other Insured's Name | |
| a. Other Insured's Policy or Group Number | W168262787 |
| 10a. Employment? | NO X |
| 10b. Auto Accident? | NO X |
| 10c. Other Accident? | NO X |
| 11. Insured's Policy Group or FECA Number | 304000 |
| 11a. Insured's DOB/Sex | M X |
| d. Insurance Plan Name or Program Name | AETNA US HEALTHCARE |
| c. Insurance Plan Name or Program Name | UNITED HEALTHCARE/METRAHEALTH |
| d. Is there another health benefit plan? | YES X |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   SIGNATURE ON FILE   DATE 03/02/11
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE   SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS: 02 02 2010 ILLNESS
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE: 12 02 2010
17. NAME OF REFERRING PROVIDER: JANIS CORNWELL MD
17b. NPI 1023006871

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 626 2

| 24.A Date(s) of Service From / To | B. Place | C. EMG | D. Procedures/CPT/HCPCS | Modifier | E. Diag Pointer | F. $ Charges | G. Days/Units | H. | I. ID | J. Rendering Provider ID# |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 02 10 / 12 02 10 | 11 | | 00952 | AA | 1 | MINUTES: 98  3600 00 | 16 | | NPI | 1881802932 |

EOB ATTACHED

25. Federal Tax ID Number: 263189406  EIN X
26. Patient's Account No: PAGDE000 5998
27. Accept Assignment: YES X
28. Total Charge: $3600.00
30. Balance Due: $3600.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
CHRISTOPHER EKSTAM DO

32. Service Facility Location Information:
MATLOCK OBGYN ASSOC PA
515 W MAYFIELD 200
ARLINGTON TX 76014
1306847140

33. Billing Provider Info & Ph# 903 4508704
PARAGON AMBULATORY PHYS SERV
11700 PRESTON RD STE 660506
DALLAS TX 75230
1083861298

NUCC Instruction Manual available at: www.nucc.org
8821109110486
APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

Fax Server          5/26/2011 7:34:36 AM   PAGE    3/003   Fax Server
05/24/2011  22:00   9034542257                PABS                      PAGE  01/01

877-842-7860

**1500**
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X]
1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE    SEX  F [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED   Self [X]
7. INSURED'S ADDRESS (No., Street)

CITY   STATE
8. PATIENT STATUS
CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code)
ZIP CODE   TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER
711735

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous)  NO [X]
a. INSURED'S DATE OF BIRTH   SEX  F [X]

b. OTHER INSURED'S DATE OF BIRTH   SEX
b. AUTO ACCIDENT?  NO [X]   PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT?  NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED HEALTHCARE/METRAHEALTH

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  SIGNATURE ON FILE   04/30/11
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY   00 00 2010
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS  GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   NICHOLS IAN MD
17b. NPI  1922000710
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. SUPPORTING DOCUMENTS FAXED TO CARRIER
20. OUTSIDE LAB?  NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 625 12
22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24.A. DATE(S) OF SERVICE From-To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 05 07 10  05 07 10 | 11 | | 58579 | 1 | 6500 00 | 1 | | NPI | 1326338427 |

Ref # CH45104255367...

25. FEDERAL TAX I.D. NUMBER   SSN EIN [X]
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT?  YES
28. TOTAL CHARGE   6500 . 00
29. AMOUNT PAID   888
30. BALANCE DUE   5592666

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
SIGNATURE ON FILE
04/30/11

32. SERVICE FACILITY LOCATION INFORMATION
1919 S SHILOH 333
GARLAND TX 75042
1760660088

33. BILLING PROVIDER INFO & PH # SUPPORTSVCS
4347 W NW HWY 120 PMB 262
DALLAS TX 75220
1326338427

APPENDIX 197