*Exhibit A9*

```
1 FLN/DCC  0917731729973   SSN: [                ]         SOURCE INDICATOR  6    VENDOR ID  EN    HOSPITAL BILLING                       DATE 06/26/09
         PROCESS DATE:     06 26 09  PAYER ID: 87726               RTE IND:        ATTCH:            KEYER: 111111999  DT: 06 26 09
------------------------------------------------------------------------------
|PROVIDER NAME: AMBULATORY HEALTH SYSTEMS   PROVIDER TEL:              |          |EMC OFFICE NO: 0000|
|PROVIDER ADDRESS: 8409 PICKWICK LN, STE 238  PROVIDER SUB ID:         |          ---------------------
|PROVIDER CITY: DALLAS        ST: TX  ZIP CODE: 75225                  |
|FAX NUM:              COUNTRY CD:         NPI: 1194986604             |
-----------------------------------------------------------------------           ---------------------------------------
                                                                                  |HEALTH PLAN ID:                      |
                                                                                  |MEDICARE PROVIDER NO:                |
PATIENTS NAME:                                                                    |MEDICAID PROVIDER NO:                |
                                                                                  |BLUE CROSS NO:                       |
[                                                  ]                              |FEDERAL TAX ID: 262791218            |
                                                                                  ---------------------------------------


------------------------------------------------------------------------------------------------------------------
|PATIENT CNTRL NO: [                ]       PATIENT SEX: F  PATIENT DOB: [        ]  PAT MARITAL STAT:           |
|MEDICAL REC NO:   924                                     PAT EMPL STAT:                                        |
------------------------------------------------------------------------------------------------------------------
|1PAYER NAME: UNITED HEALTHCARE (METRAHE INSURED NAME: [                  ]     PRIOR PAY AMT:        0.00       |
|SSN: [        ]                           INSURED SEX:                      PAT REL: SPOUSE                     |
|GROUP NAME:                               POLICY NO: 702227                 ASSIGN BEN: Y                       |
------------------------------------------------------------------------------------------------------------------
|2PAYER NAME:                              INSURED NAME:                       PRIOR PAY AMT:        0.00       |
|SSN:                                      INSURED SEX:                      PAT REL:                           |
|GROUP NAME:                               POLICY NO:                        ASSIGN BEN:                        |
|CLAIM FILING INDICATOR:                   ICN/DCN NUMBER:                                                       |
------------------------------------------------------------------------------------------------------------------
|3PAYER NAME:                              INSURED NAME:                       PRIOR PAY AMT:        0.00       |
|SSN:                                      INSURED SEX:                      PAT REL:                           |
|GROUP NAME:                               POLICY NO:                        ASSIGN BEN:                        |
|CLAIM FILING INDICATOR:                   ICN/DCN NUMBER:                                                       |
------------------------------------------------------------------------------------------------------------------

|TYPE BILL: SPEC FACIL/AMB SURG C/ADM-DSCH CL CD: 831  MOST COMM SEMIPVT RATE:         PROC CD METHOD:          |
|LINE  REV   RATE/   DESCRIPTION                    DAYS/      CHARGE   HIC PIC    MOD1    MOD2                 |
| #    CODE  DATE                                   UNITS                                                       |
|001   0360  04/01   OR SERVICES                      1        6500.00  58563                                   |
| MOD          DESCRIPTION                                                                                      |
| CODE                                                                                                          |
|          AMT PAT PAID:           EST AMT DUE:                    TOT CHARGE:           AMOUNT DUE:            |
|              0.00                    0.00                          6500.00               6,500.00             |
|TREATMENT AUTH NOS:                                                                                            |
|                     |STATMNT COV PER FROM: 04/01/09  THRU:         |                                          |
|                                                                                                               |
|          ADMISSION DATE:                   ADMISSION HOUR:                      DRG CD: 000                   |
|PAT STATUS CD:    PAT STATUS:                                DSCHG HR:              COV DAYS:   0  NON COV DAYS:   0|
-----------------------------------------------------------------------------------------------------------------
COINS DAYS:  0     LIFETIME RESERVE DAYS:   0     NO GRACE DAYS:        EST AMT DUE:
OCCUR SPAN CODE1:                              OCCUR SPAN CODE2:
DATE FROM:        THRU:          DATE FROM:           THRU:
OCCUR SPAN CODE1:                              OCCUR SPAN CODE2:
DATE FROM:        THRU:          DATE FROM:           THRU:
OCCUR CODE      OCCUR CODE DESCRIPTION               DATE
TYPE ADMISSION CD:   TYPE ADMISSION:      SOURCE ADMIS CD:    SOURCE ADMISSION:
-----------------------------------------------------------------------------------------------------------------
ADDITIONAL INFORMATION:
INSURED NAME:
INSURED ADDRESS: [           ]
INSURED CITY: [        ]       ST: [ ]  ZIP CODE: [      ]
INSURED EMPLOYER NAME:
INSURED EMPLOYER ADDRESS:                 CITY:                 ST:        ZIP CODE:
INSURED EMPLOYMENT STAT:                  RELEASE OF INFORMATION: Y
-----------------------------------------------------------------------------------------------------------------
INSURED ADDRESS:
INSURED CITY:                 ST:     ZIP CODE:
INSURED EMPLOYER NAME:
INSURED EMPLOYER ADDRESS:                 CITY:                 ST:        ZIP CODE:
INSURED EMPLOYMENT STAT:                  RELEASE OF INFORMATION:
-----------------------------------------------------------------------------------------------------------------
INSURED ADDRESS:
INSURED CITY:                 ST:     ZIP CODE:
INSURED EMPLOYER NAME:
INSURED EMPLOYER ADDRESS:                 CITY:                 ST:        ZIP CODE:
INSURED EMPLOYMENT STAT:                  RELEASE OF INFORMATION:
-----------------------------------------------------------------------------------------------------------------
|ADMIT DIAG CODE:         ADMT DIAG DESC:                                                  |
|E-CODE      :            E-CODE   DESC:                                                   |
|PRIN DIAG CODE: 6262     PRIN DIAG DESC: EXCESSIVE OR FREQUENT MENSTRUA  POA:             |
--------------------------------------------------------------------------------------------
|PRIN PROC CODE:          DATE:                |
------------------------------------------------
ATT PHYS NO:             NAME:                           NPI:             QUALIFIER:
OTH PHYS NO: 1821090515  NAME: GREEBON     DARYL         NPI: 1821090515  QUALIFIER:
OTH PHYS NO:             NAME:
ID NO:                   REMARKS:
PAY-TO PROVIDER NPI:             SERVICE FACILITY NPI: 1811988116
```

```
1 FLN/DCC  0919500519973   SSN: [ ]           SOURCE INDICATOR  6   VENDOR ID  EN   HOSPITAL BILLING              DATE 07/14/09
  PROCESS DATE:      07 14 09  PAYER ID: 87726           RTE IND:       ATTCH:       KEYER: 111111999  DT: 07 14 09
 |PROVIDER NAME: AMBULATORY HEALTH SYSTEMS  PROVIDER TEL:            |
 |PROVIDER ADDRESS: 8409 PICKWICK LN, STE 238  PROVIDER SUB ID:      |       |EMC OFFICE NO: 0000|
 |PROVIDER CITY: DALLAS       ST: TX  ZIP CODE: 75225                |
 |FAX NUM:                    COUNTRY CD:         NPI: 1194986604    |
                                                                     |HEALTH PLAN ID:
                                                                     |MEDICARE PROVIDER NO:
 PATIENTS NAME:                                                      |MEDICAID PROVIDER NO:
                                                                     |BLUE CROSS NO:
  [                                     ]                            |FEDERAL TAX ID: 262791218


 |PATIENT CNTRL NO: [       ]       PATIENT SEX: F  PATIENT DOB: [   ]  PAT MARITAL STAT:
 |MEDICAL REC NO:   941                              PAT EMPL STAT:

 |1PAYER NAME: UNITED HEALTHCARE(METRAHE INSURED NAME: [             ]      PRIOR PAY AMT:      0.00
 |SSN: [        ]                    INSURED SEX:               PAT REL: SPOUSE
 |GROUP NAME:                        POLICY NO: 301000          ASSIGN BEN: Y

 |2PAYER NAME:                       INSURED NAME:                           PRIOR PAY AMT:      0.00
 |SSN:                               INSURED SEX:               PAT REL:
 |GROUP NAME:                        POLICY NO:                 ASSIGN BEN:
 |CLAIM FILING INDICATOR:            ICN/DCN NUMBER:

 |3PAYER NAME:                       INSURED NAME:                           PRIOR PAY AMT:      0.00
 |SSN:                               INSURED SEX:               PAT REL:
 |GROUP NAME:                        POLICY NO:                 ASSIGN BEN:
 |CLAIM FILING INDICATOR:            ICN/DCN NUMBER:

 |TYPE BILL: SPEC FACIL/AMB SURG C/ADM-DSCH CL CD: 831  MOST COMM SEMIPVT RATE:      PROC CD METHOD:
 |LINE REV   RATE/   DESCRIPTION                    DAYS/    CHARGE   HIC PIC    MOD1    MOD2
 | #   CODE  DATE                                   UNITS
 |001  0360  04/14   OR SERVICES                      1      6500.00  58563
 |     MOD         DESCRIPTION
 |     CODE
 |          AMT PAT PAID:          EST AMT DUE:              TOT CHARGE:            AMOUNT DUE:
 |                 0.00                 0.00                    6500.00                6,500.00
 |TREATMENT AUTH NOS:

                                   |STATMNT COV PER FROM: 04/14/09  THRU:         |

                   ADMISSION DATE:              ADMISSION HOUR:            DRG CD: 000
 |PAT STATUS CD:    PAT STATUS:                                   DSCHG HR:        COV DAYS:   0 NON COV DAYS:   0|

 COINS DAYS:    0    LIFETIME RESERVE DAYS:  0     NO GRACE DAYS:      EST AMT DUE:
 OCCUR SPAN CODE1:                               OCCUR SPAN CODE2:
 DATE FROM:         THRU:          DATE FROM:             THRU:
 OCCUR SPAN CODE1:                               OCCUR SPAN CODE2:
 DATE FROM:         THRU:          DATE FROM:             THRU:
 OCCUR CODE    OCCUR CODE DESCRIPTION         DATE
 TYPE ADMISSION CD:   TYPE ADMISSION:         SOURCE ADMIS CD:   SOURCE ADMISSION:

 ADDITIONAL INFORMATION:
 INSURED NAME:
 INSURED ADDRESS: [           ]
 INSURED CITY: [        ]      ST: [ ]  ZIP CODE: [      ]
 INSURED EMPLOYER NAME:
 INSURED EMPLOYER ADDRESS:               CITY:            ST:       ZIP CODE:
 INSURED EMPLOYMENT STAT:                RELEASE OF INFORMATION: Y

 INSURED ADDRESS:
 INSURED CITY:                 ST:     ZIP CODE:
 INSURED EMPLOYER NAME:
 INSURED EMPLOYER ADDRESS:               CITY:            ST:       ZIP CODE:
 INSURED EMPLOYMENT STAT:                RELEASE OF INFORMATION:

 INSURED ADDRESS:
 INSURED CITY:                 ST:     ZIP CODE:
 INSURED EMPLOYER NAME:
 INSURED EMPLOYER ADDRESS:               CITY:            ST:       ZIP CODE:
 INSURED EMPLOYMENT STAT:                RELEASE OF INFORMATION:

 |ADMIT DIAG CODE:       ADMT DIAG DESC:
 |E-CODE        :        E-CODE    DESC:
 |PRIN DIAG CODE: 6262   PRIN DIAG DESC: EXCESSIVE OR FREQUENT MENSTRUA  POA:

 |PRIN PROC CODE:        DATE:

 ATT PHYS NO:           NAME:                    NPI:              QUALIFIER:
 OTH PHYS NO: 1497738033  NAME: COULTER-SMITH   BARBAR NPI: 1497738033  QUALIFIER:
 OTH PHYS NO:           NAME:
 ID NO:                 REMARKS:
 PAY-TO PROVIDER NPI:             SERVICE FACILITY NPI: 1588868343
```

```
1 FLN/DCC  0825901341973  SSN: [        ]         SOURCE INDICATOR 6  VENDOR ID  EN   HOSPITAL BILLING        DATE 09/15/08
       PROCESS DATE:    09 15 08  PAYER ID: 87726         RTE IND:    ATTCH:       KEYER: 111111999  DT: 09 15 08
  |PROVIDER NAME: AMBULATORY HEALTH SYSTEMS   PROVIDER TEL:            |       |EMC  OFFICE NO: 0000|
  |PROVIDER ADDRESS: 8409 PICKWICK LN, STE 238  PROVIDER SUB ID:       |
  |PROVIDER CITY: DALLAS         ST: TX  ZIP CODE: 75225               |
  |FAX NUM:                  COUNTRY CD:       NPI: 1194986604         |
                                                                              |HEALTH PLAN ID:
                                                                              |MEDICARE PROVIDER NO:
   PATIENTS NAME:                                                             |MEDICAID PROVIDER NO:
                                                                              |BLUE CROSS NO:
   [                                              ]                           |FEDERAL TAX ID: 262791218

  |PATIENT CNTRL NO: [           ]      PATIENT SEX: F  PATIENT DOB: [    ]  PAT MARITAL STAT:
  |MEDICAL REC NO:  172                                 PAT EMPL STAT:
  |1PAYER NAME: UNITED HEALTHCARE (METRAHE INSURED NAME: [                ]          PRIOR PAY AMT:    0.00
  |SSN: [          ]                    INSURED SEX: F               PAT REL: SELF
  |GROUP NAME:                          POLICY NO: 710712             ASSIGN BEN: Y       CPT:

  |2PAYER NAME:                         INSURED NAME:                        PRIOR PAY AMT:    0.00
  |SSN:                                 INSURED SEX:                PAT REL:
  |GROUP NAME:                          POLICY NO:                  ASSIGN BEN:           CPT:
  |CLAIM FILING INDICATOR:              ICN/DCN NUMBER:

  |3PAYER NAME:                         INSURED NAME:                        PRIOR PAY AMT:    0.00
  |SSN:                                 INSURED SEX:                PAT REL:
  |GROUP NAME:                          POLICY NO:                  ASSIGN BEN:           CPT:
  |CLAIM FILING INDICATOR:              ICN/DCN NUMBER:

  |TYPE BILL: SPEC FACIL/AMB SURG C/ADM-DSCH CL CD: 831  MOST COMM SEMIPVT RATE:        PROC CD METHOD:
  |LINE REV   RATE/  DESCRIPTION                  DAYS/    CHARGE   HIC PIC     MOD1    MOD2
  | #   CODE  DATE                                UNITS
  |001  0360  07/10   OR SERVICES                  1       6500.00  58563
  | MOD        DESCRIPTION
  | CODE
  |             AMT PAT PAID:             EST AMT DUE:              TOT CHARGE:        AMOUNT DUE:
  |                  0.00                      0.00                   6500.00           6,500.00
  |TREATMENT AUTH NOS:
  |                                  |STATMNT COV PER FROM: 07/10/08  THRU:         |
  |
  |              ADMISSION DATE:               ADMISSION HOUR:              DRG CD: 000
  |PAT STATUS CD:   PAT STATUS:                                 DSCHG HR:          COV DAYS:  0  NON COV DAYS:   0|
  COINS DAYS:   0      LIFETIME RESERVE DAYS:   0    NO GRACE DAYS:      EST AMT DUE:
  OCCUR SPAN CODE1:                         OCCUR SPAN CODE2:
  DATE FROM:           THRU:         DATE FROM:            THRU:
  OCCUR SPAN CODE1:                         OCCUR SPAN CODE2:
  DATE FROM:           THRU:         DATE FROM:            THRU:
  OCCUR CODE     OCCUR CODE DESCRIPTION           DATE
  TYPE ADMISSION CD:  TYPE ADMISSION:         SOURCE ADMIS CD:       SOURCE ADMISSION:

  ADDITIONAL INFORMATION:
  INSURED NAME:
  INSURED ADDRESS: [        ]
  INSURED CITY: [       ]       ST: [  ]  ZIP CODE: [     ]
  INSURED EMPLOYER NAME:
  INSURED EMPLOYER ADDRESS:               CITY:                ST:     ZIP CODE:
  INSURED EMPLOYMENT STAT:                RELEASE OF INFORMATION: Y

  INSURED ADDRESS:
  INSURED CITY:                 ST:      ZIP CODE:
  INSURED EMPLOYER NAME:
  INSURED EMPLOYER ADDRESS:               CITY:                ST:     ZIP CODE:
  INSURED EMPLOYMENT STAT:                RELEASE OF INFORMATION:

  INSURED ADDRESS:
  INSURED CITY:                 ST:      ZIP CODE:
  INSURED EMPLOYER NAME:
  INSURED EMPLOYER ADDRESS:               CITY:                ST:     ZIP CODE:
  INSURED EMPLOYMENT STAT:                RELEASE OF INFORMATION:

  |ADMIT DIAG CODE:          ADMT DIAG DESC:
  |E-CODE        :           E-CODE     DESC:
  |PRIN DIAG CODE: 6262      PRIN DIAG DESC: EXCESSIVE OR FREQUENT MENSTRUA |

  |PRIN PROC CODE:           DATE:

  ATT PHYS NO:              NAME:                      NPI:              QUALIFIER:
  OTH PHYS NO: 1457389710   NAME: THURSTON         JEFFRE NPI: 1457389710 QUALIFIER:
  OTH PHYS NO:              NAME:
  ID NO:                    REMARKS:
  PAY-TO PROVIDER NPI:             SERVICE FACILITY NPI: 1982630604
```