UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PARAGON OFFICE SERVICES, LLC, PARAGON AMBULATORY PHYSICIAN SERVICES, PA, OFFICE SURGERY SUPPORT SERVICES, LLC, and AMBULATORY HEALTH SYSTEMS, LLC<br><br>    Plaintiffs,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, INC., UNITEDHEALTHCARE OF TEXAS, INC., UNITEDHEALTHCARE BENEFITS OF TEXAS, INC., and INGENIX, INC.<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:11-CV-02205-D |

## **NOTICE OF SETTLEMENT**

Plaintiffs and Defendants have reached an agreement that resolve all claims asserted in this case.

The parties will memorialize the terms of their agreement and expect to file a Stipulation of Dismissal within thirty (30) days.

Plaintiffs respectfully request the Court allow the parties thirty (30) days to finalize the settlement agreement and enter a Stipulation of Dismissal.

        Respectfully submitted,

        */s/*
        Martin E. Rose
        State Bar No. 17253100
        Steven M. Smith
        State Bar No. 24013537
        **ROSE ·WALKER, L.L.P.**
        3500 Maple Avenue, Suite 900
        Dallas, Texas 75219
        214.752.8600
        Facsimile 214.752.8700
        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served on counsel of record via ECF on December 23, 2013.

        */s/ Steven M. Smith*
        Steven M. Smith