UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PARAGON OFFICE SERVICES, LLC, and PARAGON AMBULATORY PHYSICIAN SERVICES, LLC, and OFFICE SURGERY SUPPORT SERVICES, LLC, and AMBULATORY HEALTH SYSTEMS, LLC<br><br>              Plaintiffs,<br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, INC., UNITEDHEALTHCARE OF TEXAS, INC., UNITEDHEALTHCARE BENEFITS OF TEXAS, INC., and INGENIX, INC.,<br><br>              Defendants. | Case No. 3:11-CV-02205-D<br><br>Hon. Sidney A. Fitzwater |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the agreement of Defendants UnitedHealthCare Insurance Company, Inc., UnitedHealthCare of Texas, Inc., United HealthCare Benefits of Texas Inc., and Ingenix, Inc. (collectively, "United"), Plaintiffs Paragon Office Services, LLC, Paragon Ambulatory Physician Services, LLC, Office Surgery Support Services, LLC, and Ambulatory Health Systems, LLC hereby give notice of the voluntary dismissal of United from this action with prejudice and without costs or fees to any party.  United has not served an answer or a motion for summary judgment in this action.  Respectfully submitted,

                                                                                             By: _/s/_ Steven M. Smith_____

                                                                                             Martin E. Rose
                                                                                             State Bar No. 17253100
                                                                                             Steven M. Smith
                                                                                             State Bar No. 24013537

ROSE•WALKER, L.L.P.
3500 Maple Ave. Suite 900
Dallas, Texas 75219
214.752.8600
Facsimile 214.752.8700

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January __, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                  /s/ Steven M. Smith
                  Attorney for Plaintiffs